# LAW OFFICES OF
# WENDIE L. ELOVICH, P.A.

WENDIE L. ELOVICH, ESQ
N.Y. & N.J. BAR

LITTLE SILVER COMMONS
180 WHITE ROAD, SUITE 204
LITTLE SILVER, NEW JERSEY 07739

(732) 842-3224
TELEFAX (732) 842-3494
elovichlaw@verizon.net

240 MADISON AVENUE
SEVENTH FLOOR
NEW YORK, NEW YORK 10016
(212) 681-1600
PLEASE REPLY TO
LITTLE SILVER OFFICE

June 17, 2010

Honorable Garrett E. Brown, Jr., U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Bldg. &
U.S. Courthouse, Room 4050
402 E. State Street
Trenton, NJ   08608

Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
& U.S. Courthouse, Room 2060
50 Walnut Street
Newark, NJ   07101

Re:   Montalvo v. City of Newark, et als.
      Civil Action No. 06-cv-01505 (GEB)

Dear Honorable Justices:

This is to confirm that we have processed a final Settlement Agreement, executed by one Plaintiff, Yessenia Montalvo, in the above-encaptioned matter. It appears that we have to move forward on the summary judgment applications for the remaining Plaintiff, Jose Montalvo, and the remaining Defendants.

With the consent of my adversary, I am seeking a 30 day adjournment from the original schedule set by the Court and, then, to extend the schedule 30 days for each date already determined. In other words, the following schedule would apply, if the Court will so allow. May we have an Order to that same effect.

- July 25, 2010 - Motions for summary judgment are due
- August 22, 2010 - Opposition to motions for summary judgment due
- September 8, 2010 - Replies to opposition due

*[Handwritten: So ordered, M. C. Arleo USMJ June 28-10]*

Honorable Garrett E. Brown, Jr., U.S.D.J.
Honorable Madeline Cox Arleo, U.S.M.J.
June 17, 2010
Page Two

Frankly, I am challenged by too many Court schedules and filing dates and, with this hard economy, there are just too many attorneys filing motions, which require responses. I am now challenged with four motions for summary judgment during June/July with opposition/reply time constraints. I am also moving my office this summer and preparing for that move for mid-July/August. (My plate is completely full, despite summer plans.)

Respectfully yours,

WENDIE L. ELOVICH

WLE:jp
cc:   Eric S. Pennington, Esq.
      Corinne Rivers, Esq.